## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

STRIKE 3 HOLDINGS, LLC,
a limited liability company,

    Plaintiff,

v.                                           Case No. 3:21-cv-1173-MMH-MCR

JOHN DOE subscriber assigned IP
address 73.148.197.31, an individual,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe (Dkt. No. 10; Notice) filed on February 17, 2022. In the Notice, Plaintiff requests dismissal of this matter without prejudice. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED:**

1.     This case is **DISMISSED without prejudice**.

    2.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 22nd day of February, 2022.

                                              *[signature]*
                                              **MARCIA MORALES HOWARD**
                                              United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties